

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHELL GULF OF MEXICO INC. And SHELL OFFSHORE INC., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CENTER FOR BIOLOGICAL DIVERSITY, INC; et al., <br><br> Defendants, <br><br> And <br><br> ALASKA WILDERNESS LEAGUE; et al., <br><br> Defendants - Appellants. | No. 12-36034 <br><br> D.C. No. 3:12-CV-00096-RRB <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief District Judge, Presiding

Argued and Submitted August 13, 2014
Anchorage, Alaska

Before: FARRIS, D.W. NELSON, and NGUYEN, Circuit Judges.

---

      *     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Defendants-appellants appeal the district court's order denying their motion to dismiss this case for lack of subject matter jurisdiction. Because plaintiffs-appellants voluntarily dismissed this case, and the legal issues presented by this appeal are addressed in a related matter, *Shell Gulf of Mexico, Inc. v. Center for Biological Diversity*, No. 13-35835 (9th Cir., filed September 10, 2013), we dismiss this appeal as moot. *See W. Coast Seafood Processors Ass'n v. Natural Res. Def. Council, Inc.*, 643 F.3d 701, 705 (9th Cir. 2011) (declining to apply the "capable of repetition, yet evading review" doctrine where the issue does not "evade review").

**DISMISSED AS MOOT.**